

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2023

No. 04-22-00194-CV

Jerry A. **GUZZETTA**,
Appellant

v.

**BRIMHALL LQ, LLC** d/b/a La Quinta Hotel,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14775
Honorable John D. Gabriel Jr., Judge Presiding

## O R D E R

Intervenor Stolmeier's February 8, 2023 motion to dismiss for lack of jurisdiction/motion for damages and sanctions is denied. *See* TEX. R. APP. P. 43.2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court